**P. A. (Pearl) SHILLING, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 4, 1955.

J. W. McKenzie, Ashland, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Boyd Circuit Court, Watt M. Prichard, Judge.

The question raised concerns the validity of a bond in the penal sum of $1,400 which appellant signed as surety for Roy Lehman following Lehman's conviction of a misdemeanor.

We have examined the record with reference to the contention urged, and find no error.

The motion for an appeal is overruled and the judgment stands affirmed.